GUTT *v.* WAYNE CIRCUIT JUDGE.

This case, having become moot by reason of the decision in *Re Walter's Estate, ante,* 211, is dismissed.

Mandamus by August Gutt and others to compel Henry A. Mandell, circuit judge of Wayne county, to vacate an order denying a petition to intervene in a will contest. Submitted April 3, 1923. (Calendar No. 30,431.) Writ dismissed October 26, 1923.

*Harry J. Lippman* (*Ralph W. Liddy,* of counsel), for plaintiffs.

*Keena, Lightner, Oxtoby & Hanley,* for defendant.

PER CURIAM.     Anna Walter, widow of Julius Walter, died, leaving children by a former marriage, who are parties plaintiff herein.     Plaintiffs sought to intervene in the circuit court in a contest upon the will of Julius Walter, on the ground of their being heirs at law of Anna Walter, were refused, and brought mandamus.     Anna Walter died testate.     Because of the decision sustaining her will (*In re Walter's Estate, ante,* 211), this case is now moot.     It is dismissed, with costs to defendant.